MEMORANDUM OPINION




No. 04-04-00149-CV



Carl J. SANTORA, Jr.,


Appellant



v.



G.E. HARRINGTON, Individually and d/b/a 


G.E. Harrington Builders, Inc. and Mark Harrington,


Appellees



From the 45th Judicial District Court, Bexar County, Texas


Trial Court No. 2004-CI-02847


Honorable Martha Tanner, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: December 1, 2004


DISMISSED

 The parties have filed an agreed motion to dismiss this appeal. We grant the motion and
dismiss the appeal. See Tex. R. App. P. 42.1(a)(2). Costs of the appeal are taxed against the parties
who incurred them.

 PER CURIAM